UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $500,100.00 IN U.S. CURRENCY | Case No. 2:22-CM-00094-FMO<br><br>ORDER EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that, pursuant to 18 U.S.C. § 983(a)(3)(A), the deadline by which the United States of America shall be required to file a complaint for forfeiture with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

respect to $500,100.00 in U.S. Currency shall be extended to August 15, 2022.

DATED:  May 13, 2022                          /s/
                                       HONORABLE FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE


PRESENTED BY:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
United States of America

2